UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAMELA K. LEWIS,<br><br>                          Plaintiff,<br>     v.<br>JEFF SCHWARTZ, et al.,<br><br>                         Defendants. | Case No. 2:15-cv-01368-RFB-PAL<br><br>ORDER |

      This matter is before the court on Defendants' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #1) in this matter was filed July 17, 2015. Defendants filed an Answer (Dkt. #12) November 9, 2015. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendants have failed to comply. Accordingly,

      **IT IS ORDERED** Defendants shall file their certificate of interested parties, which fully complies with LR 7.1-1 **no later than February 2, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

      DATED this 19th day of January, 2016.

                                                                _____<br>
                                                               PEGGY A. LEEN<br>
                                                                UNITED STATES MAGISTRATE JUDGE