1  PATRICIA A. MARR, LTD.
   PATRICIA A. MARR, ESQ.
2  Nevada Bar No. 008846
   2470 St. Rose Parkway, Suite 106H
3  (702) 353-4225 (telephone)
   (702) 912-0088 (facsimile)
4  patricia@marrlawlv.com
   Attorney for Plaintiff
5
6
               **UNITED STATES DISTRICT COURT**
7
               **SOUTHERN DISTRICT OF NEVADA**
8
9
10  | PAMELA LEWIS,                                    |
11  |                              Plaintiff,          |
                                                         Case No.   2:15-cv-01368
12  | vs.                                             |
13  | CASA DI AMORE LLC, JEFF SCHWARTZ,               |
    | individually and dba CASA DIAMORE,              |
14  | LLC, MICHAEL CAMPAGNO, individually             |
    | and dba CASA DI AMORE, DOES 1-100,              |
15  | ROE ENTITIES 1-100,                             |
16  |                              Defendants.         |
17
18                    **STIPULATION AND ORDER**
19
        COMES NOW, Plaintiff, PAMELA LEWIS, by and through her counsel, Patricia
20
    A.  Marr, Esq. of Patricia A. Marr, Ltd. and Defendants, CASA DI AMORE, LLC, JEFF
21
    SCHWARTZ, individually and dba CASA DIAMORE, LLC, MICHAEL CAMPAGNO,
22
    individually and dba CASA DI AMORE by and through their attorney, Todd M. Leventhal,
23
    Esq. of Leventhal and Associates, and hereby stipulate as follows: That the Discovery Hearing
24
    presently scheduled for August 16, 2016, at 10:15 am shall be continued for one week,
25
26
27  ///
28  ///

                                     1

1    or, to a date and time convenient to the Court based upon, *inter alia,* Defense counsel has a

2    calendar conflict.

3        Dated this _____ day of August, 2016.

4        PATRICIA A. MARR, LTD.                    LEVENTHAL AND ASSOCIATES

5

6                                                  8/5/16

7        PATRICIA A. MARR, ESQ.                    TODD M. LEVENTHAL, ESQ.
         Nevada Bar No. 008846                     Nevada Bar No. 008543
8        2470 St. Rose Parkway., Ste. 106          626 South Third Street
         Henderson, Nevada 89074                   Las Vegas, Nevada 89101
9        *Attorney for Plaintiff*                  *Attorney for Defendants*
         *PAMELA LEWIS*
10

11

12       **ORDER**

13           Based upon the parties' aforementioned Stipulation and good cause appearing,

14   The parties' Stipulation is hereby adopted and made an order of this Court.  Therefore, the

15   Discovery hearing presently scheduled for August 16, 2016, 10: 15 am is hereby rescheduled to the

16
     __23__ day of ___August___, 2016, at the hour of __11:00__ a.m.    No further extensions will
17

18   be allowed.

19

20                                                 MAGISTRATE JUDGE

21   Respectfully submitted by:                    Dated: 8/16/16

22   PATRICIA A. MARR, LTD.

23

24   PATRICIA A. MARR, ESQ.
     Nevada Bar Number 08846
25   2470 St. Rose Parkway, Ste. 106H
     Henderson, Nevada 89074
26   (702) 353-4225 (telephone)
     (702) 912-0088 (facsimile)
27

28