UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAMELA K. LEWIS,<br><br>　　　　　　Plaintiff,<br>v.<br>JEFF SCHWARTZ, et al.,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-01368-RFB-PAL<br><br>ORDER<br><br>(Stip for Consent – ECF No. 40) |

Before the court is the parties' Joint Stipulation to Consent to Trial by U.S. Magistrate Judge Under LR IB 2-1 & 28 U.S.C. § 636(c).  The stipulation should not have been filed. On July 20, 2015 the clerk issued a Notice Pursuant to Local Rule IB 2-2 (ECF No 2) which provides instructions on how to consent to Magistrate Judge jurisdiction.  The Notice provides a link to an AO 85 form found on the Court's website at www.nvd.uscourts.gov.  The Notice provides in red bold that "AO 85 Consent forms should NOT be electronically filed."  The form goes to the District Judge who decides whether to refer the case to the Magistrate Judge.

**IT IS ORDERED** that:

1. The parties' Joint Stipulation to Consent to Trial by U.S. Magistrate Judge Under LR IB 2-1 & 28 U.S.C. § 636(c) (ECF No. 40) is **STRICKEN**.
2. The parties shall comply with the Notice (ECF No. 2) if they wish to consent to jurisdiction by a Magistrate Judge.

DATED this 13th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE