AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Pamela K. Lewis

                Plaintiff,

v.

Casa Di Amore LLC, et al

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-01368-RFB-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the Plaintiff, Pamela K. Lewis and against the Defendants.

8/23/18
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk