# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Pamela K. Lewis

                      JUDGMENT IN A CIVIL CASE

        Plaintiff,

v.                              Case Number:  2:15-cv-01368-RFB-PAL

Jeff Schwartz, et al.

        Defendant.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of the Plaintiff as follows:

$43,200 in attorney fees; $1,077 in costs; and $4,036.77 in prejudgment interest.

| | |
|---|---|
| 6/20/19 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |